

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

**2007 AUG 20  AM 9: 47**

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO.  06-4121** |
| **MARLIN GUSMAN,  SHERIFF AND SPECIAL INVESTIGATION DEPARTMENT {SID}, TIER DEPUTIES {MANY OF THEM} UNKWN. NAMES** | **SECTION "N"(4)** |

### <u>O R D E R</u>

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections  to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 15, 2007,  hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Donald Smith's Title 42 U.S.C. § 1983 claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, as frivolous, for failure to state a claim for which relief can be granted, and for seeking relief against an immune defendant pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Smith's § 1983 claims against Orleans Parish Criminal Sheriff Marlin Gusman, the Security Investigation Department, the Orleans Parish Police Jury, the AZSY Insurance Company, John and/or Joan Doe, and unknown tier deputies are **DISMISSED**

**WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

     **IT IS FURTHER ORDERED** that Smith's state law claims against Sheriff Gusman and the unknown tier deputies are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise its supplemental jurisdiction.

     **IT IS FURTHER ORDERED** that the **Motion to Dismiss Defendant State of Louisiana (Rec. Doc. No. 15)** filed by the State of Louisiana, and the **Motion for Judgment on the Pleadings Pursuant to Rule 12(c) (Rec. Doc. No. 23)** filed by Sheriff Gusman are **DISMISSED as moot**.

New Orleans, Louisiana, this _____20th_____ day of _____August_____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**